1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ROBERT JAMES CURTIS,

Plaintiff,

v.

COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION,

Defendant.

CASE NO. C15-657 BHS

ORDER TRANSFERRING CASE

This matter comes before the Court on Plaintiff Robert Curtis's ("Curtis") motion

to proceed *in forma pauperis* (Dkt. 1) and proposed complaint (Dkt. 1, Exh. 1).

On April 27, 2015, Nancy Thorton, a lay representative, filed the instant motion

and proposed complaint on behalf of Curtis. *Id*. Curtis is challenging the Social Security

Administration's denial of his request for benefits. *Id*., Exh. 6. Based on a review of his

submissions, Curtis is a resident of Portland, Oregon, the hearing before the

Administrative Law Judge was held in Portland, and the Appeals Council's denial of his

ORDER - 1

1   request for review instructs Curtis to contact its local Portland office if Curtis has any

2   additional questions.

3          Although Curtis has a right to file an action challenging the Government's adverse

4   decision, Curtis has filed this complaint in the wrong district. The district court of a

5   district in which a case is filed laying venue in the wrong division or district shall

6   dismiss, or if it be in the interest of justice, transfer such case to any district or division in

7   which it could have been brought.  28 U.S.C. § 1406(a).  In evaluating the documents on

8   file, the Court concludes that this action should be transferred to the District of Oregon.

9   Moreover, the Court concludes that it is more appropriate to transfer this case instead of

10  dismissing it because Curtis has a limited time period to file this complaint.  Therefore,

11  the Court *sua sponte* transfers this case to the District of Oregon.

12         **IT IS SO ORDERED**.

13         Dated this 4th day of May, 2015.

14

15                                              _____

16                                              BENJAMIN H. SETTLE
                                                United States District Judge

17

18

19

20

21

22

ORDER - 2