UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

**ROBERT JAMES CURTIS**,

        Plaintiff,

v.

**NANCY A. BERRYHILL**, Acting Commissioner of Social Security,[1]

        Defendant.

Case No. 3:15-cv-00867-KI

JUDGMENT

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Nancy A. Berryhill is substituted for Acting Commissioner Carolyn W. Colvin as the defendant in this suit.

Page 1 - JUDGMENT

Robert J. Curtis
14114 SE Elderberry Ln.
Milwaukie, OR 97267

     Plaintiff

Billy J. Williams
United States Attorney
District of Oregon
Janice E. Hebert
Assistant United States Attorney
1000 SW Third Ave., Suite 600
Portland, OR 97204-2902

Lars J. Nelson
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Ave., Suite 2900 M/S 221A
Seattle, WA 98104-7075

     Attorneys for Defendant

KING, Judge:

Based on the record, IT IS ORDERED AND ADJUDGED that the decision of the Commissioner is affirmed and this case is dismissed.

IT IS SO ORDERED.

Dated this   24th   day of January, 2017.

                                          /s/ Garr M. King
                                         Garr M. King
                                         United States District Judge